UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lewis Lansiquot

Write the full name of each plaintiff.

26 CV 8024

_____CV_______________

(Include case number if one has been assigned)

-against-

Brown Harris Steven's

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 14 PM 4:43

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Lewis | | Lansiquot
First Name | Middle Initial | Last Name

465 Miller avenue
Street Address

Kings County Brooklyn | N-Y | 11207
County, City | State | Zip Code

917 600-9792 | lewis.lansiquot1@gmail.com
Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

Brown Harris Stevens
Name

770 Lexington avenue, 4 Floor
Address where defendant may be served

New York | New York | 10021
County, City | State | Zip Code

Defendant 2:

Name

Address where defendant may be served

County, City | State | Zip Code

Defendant 3:

Name

Address where defendant may be served

County, City State Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

The Galleria Condominium
Name

Brown Harris Stevens
Address

117 east 57 Street New York 10022
County, City State Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: __________

☐ color: __________

☐ religion: __________

☐ sex: __________

☐ national origin: __________

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: ______________________

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: ____________

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: ______________________

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: ______________________

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B. Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):

New York Labor law 215 (Retaliation) common law. Tortious Defamation of character, and intentional infliction of Bodily injury and Severe Cardiovascular Trauma.

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): Subjected to a bad-Faith 5-month retaliatory investigation Malicious Defamation of character and Severe intentional infliction of Cardiovascular Duress

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See Attached 2-Pages exective case Brief Exhibit(A) and attached Photocopy of Federal EEOC Notice of Right to Sue letter For the Full Chronological details and Facts of this Statutory Retaliation and Defamation Claim

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? February 2026

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? September/16/2026

When did you receive the Notice? June-18-2026

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☒ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

Award complete compensatory, emotional distress, and punitive damages For malicious corporate Retaliation and Defamation of character. Award Full back-pay, Liquidated damages for withheld vacation pay, and comprehensive Tort damages for Severe physical cardiac injuries (-16% heart muscle strain, Atrial Tachycardia, and uncontrolled hypertension directly induced by The employer's 5 month bad-Faith Proceeding

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

09/14/2026 — Dated

Lewis Lansiquot — Plaintiff's Signature

Lewis — First Name

Middle Initial

Lansiquot — Last Name

~~465~~ 465 miller avenue — Street Address

Brooklyn — County, City

New York — State

11207 — Zip Code

917 600-9792 — Telephone Number

lewis.lansiquot1@gmail.com — Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**From:** EEOC <no-reply@service.eeoc.gov>

**Date:** June 18, 2026 at 6:49:35 PM EDT

**To:** "Mr. Lewis Lansiquot" <lewis.lansiquot1@gmail.com>

**Subject: Time-Sensitive EEOC Final Decision for EEOC Charge 520-2026-06354 / Decisión final urgente de la EEOC por el cargo 520-2026-06354**

**U.S. Equal Employment Opportunity Commission**

The Equal Employment Opportunity Commission (EEOC) has issued a final decision regarding EEOC Charge 520-2026-06354, which can be found in the document titled **DISMISSAL AND NOTICE OF RIGHTS** in the EEOC Public Portal. This email, as well as the DISMISSAL AND NOTICE OF RIGHTS, is official notice that the EEOC has dismissed the above-referenced EEOC charge and that the Charging Party has the right to sue the respondent(s) on this charge in court within 90 days of receipt of this notice. The DISMISSAL AND NOTICE OF RIGHTS also provides additional information related to filing suit under the laws enforced by the EEOC, including important time limits. Please note that the 90-day deadline for Charging Party to file a lawsuit is set by law and failure to file a lawsuit in that time may result in the inability to move forward with a lawsuit.

**You should log into the EEOC Public Portal, download and read the DISMISSAL AND NOTICE OF RIGHTS as soon as possible. You should also keep a record of the date you received this notice and save the downloaded DISMISSAL AND NOTICE OF RIGHTS.**

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 520-2026-06354. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 669-4000 and destroy all copies of the original message and attachments.*

La Comisión para la Igualdad de Oportunidades de Empleo (EEOC, por sus siglas en inglés), ha emitido una decisión final con respecto al cargo de dicha Comisión 520-2026-06354, que se encuentra en el documento titulado **Desestimación y Notificación de Derechos** en el Portal Público de la EEOC. Este correo electrónico, así como la Desestimación y Notificación de Derechos, es un aviso oficial que indica que la EEOC ha desestimado el cargo mencionado anteriormente y que la parte acusadora tiene derecho a demandar a los responsables de este cargo en un tribunal en los 90 días posteriores a la recepción de este aviso. La Desestimación y Notificación de Derechos también proporciona

**EXECUTIVE CASE BRIEF FOR THE COURT (EXHIBIT A)**

**PLAINTIFF:** Lewis Lansiquot (21-Year Unblemished Tenure)
**DEFENDANT:** Brown Harris Stevens / The Galleria Condominium
**CIVIL CAUSES OF ACTION:** Statutory Retaliation, Corporate Defamation, Malicious Interference
**JURISDICTIONAL BASIS:** Active Federal EEOC Right to Sue Letter (Filing Deadline: September 16, 2026)

---

**1. THE HOSTILE MOTIVE (PAYROLL SABOTAGE)**

Property Manager Steve Kukaj engaged in a multi-year, documented campaign of personal hostility against me. He intentionally manipulated and repeatedly delayed my contractually guaranteed overtime approvals. This was not an ordinary payroll administrative error; it was a deliberate, targeted psychological campaign designed to induce extreme personal distress and financially destabilize an unblemished 21-year veteran.

**2. THE PROTECTED ACT & ADMISSION OF MALICE**

In late 2025, after lower building channels failed to resolve the situation, I exercised my legal rights and officially blew the whistle by reporting Mr. Kukaj's personal payroll manipulation directly to Corporate Human Resources. The exact second corporate HR intervened, Mr. Kukaj cornered me in person and issued an explicit verbal threat, admitting his direct malice: *"So that's the way you want it, then that's the way we're gonna play it from now on."*

**3. THE 5-MONTH RETALIATORY DEFAMATION TIMELINE**

To execute his personal threat without alerting corporate HR, Mr. Kukaj fabricated a severe, highly damaging, and false accusation against my character involving a standard 10-second building holiday tipping greeting. He weaponized this fake pretext to launch an agonizing 5-month drag-out campaign to systematically destroy my reputation and purge me from my career:

- **February 13, 2026:** Placed on an immediate, unpaid administrative suspension.
- **June 5, 2026:** Issued a formal corporate termination letter based entirely on unproven claims.
- **July 7, 2026:** Permanently purged from the corporate payroll database, while management actively held 4 weeks of my contractually earned vacation pay hostage to try to extort a corporate liability waiver (which I firmly refused to sign).

**4. RECENT STRATEGIC & OBJECTIVE VALIDATION**

- **Union Enforcement Overrule:** SEIU Local 32BJ Contract Enforcement Director Melissa Chan officially overrode lower building reps and advanced my file to full labor arbitration Notably, when directly confronted by the union, **management completely failed to deny Mr. Kukaj's verbal threats or produce a single witness statement**, proving the accusation is a 100% corporate fabrication.

- **Civil Action Standing:** The civil playing field is completely unrepresented and clean. This independent court action seeks full compensatory and punitive damages for tortious Defamation of Character and independent Statutory Retaliation, which fall completely outside the jurisdiction of a labor arbitrator.

**5. CLINICALLY MEASURED PHYSICAL DAMAGES (THE SMOKING GUN)**

This intense 5-month corporate character execution inflicted severe, life-threatening physical trauma on my body. My permanent federal medical records from June 12, 2026, explicitly document: **"Since his initial visit, he has been involved in an active work investigation that has caused significant stress. Due to this ongoing proceeding, he is suffering from insomnia and is very stressed."**
My cardiologist records confirm this severe corporate duress directly induced:

- An abnormal, measurable heart muscle strain of **-16%**.
- Dangerous electrical arrhythmias, including a **4-beat run of Atrial Tachycardia**.
- Severe, uncontrolled malignant hypertension at **150/88** requiring an emergency Remote Patient Monitoring device and active ER precautions.

---

**PLAINTIFF DIRECTIVE:** Plaintiff is fully organized, holds all physical pay stubs, medical certifications, and union logs on hand today, and respectfully requests this Court accept this filing *In Forma Pauperis* (IFP) to preserve his federal statutory rights.

Exhibit B

**SUPPLEMENT TO IFP QUESTION 3:**

- **(f) Public Benefits:** I previously received temporary New York State Unemployment insurance benefits following my termination, but those benefits have completely expired and are now at **$0**.
- **(a) Pension / Annuity:** I received a one-time 401(k)/Pension rollout check from my former employer due to my termination. The vast majority of those funds were immediately deposited into a locked, non-liquid Traditional IRA retirement account to protect my long-term survival. A small remaining portion was kept liquid to pay my immediate, mandatory monthly child support transfers to the mother of my minor children while I am out of work.
- **Future Expectation:** I currently have **$0 active ongoing income** and expect **$0 in the near future** until I am reinstated through my upcoming union arbitration track

Exhibit C

I previously received temporary New York State Unemployment benefits following my termination, but those benefits have completely expired and are now at \$0. I also received a one-time 401(k)/Pension rollout check from my former employer due to my termination; the vast majority of those funds were immediately rolled over into a locked Traditional IRA retirement account. A small remaining portion was kept liquid to pay my immediate, mandatory monthly child support transfers to the mother of my minor children while I am out of work. I have \$0 active ongoing income and expect \$0 in the near future until I am reinstated through my upcoming union arbitration track."