UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEWIS LANSIQUOT,

Plaintiff,

-against-

BROWN HARRIS STEVENS,

Defendant.

26-CV-8024 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated October 20, 2026, and entered on October 23, 2026, the Court dismissed the complaint but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 5.) On November 11, 2026, Plaintiff filed a motion requesting a 30-day extension of time to file an amended complaint. (ECF 6.) In his motion, Plaintiff alleges that he has discovered new evidence and is actively seeking an attorney to represent him in this action.

The Court grants Plaintiff's motion. Plaintiff must file his amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment in this action.

The Clerk of Court is directed to terminate the motion pending at ECF 6.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.